No. 02–85. CLINKSCALE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–86. TRI COUNTY LANDFILL ASSN., INC. v. BRULE COUNTY, SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 02–87. ARNOLD, AKA DICKSON, AKA MONTAGUE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–89. TOLLETT v. CITY OF KEMAH, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–91. WEISS, EXECUTOR AND TRUSTEE FOR ABT v. ST. PAUL FIRE & MARINE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 02–92. WESTINGHOUSE ELECTRIC CORP. v. PENNSYLVANIA WORKERS' COMPENSATION APPEAL BOARD ET AL. Commw. Ct. Pa. Certiorari denied.

No. 02–96. VEY v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 02–97. TOCCO ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–98. WEXLER, DBA WEXLER AND WEXLER v. DAVIS BOYD ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–99. VALDEZ v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–100. KOSTER v. MICHIGAN. Cir. Ct. Mich., Kalamazoo County. Certiorari denied.

No. 02–101. JOHN STREET LEASEHOLD, LLC v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–103. LIFE SYSTEMS, INC. v. LOWRY CHIROPRACTIC LIFE CENTERS, INC. Cir. Ct., City of Richmond, Va. Certiorari denied.